**2005–0021. State v. Levy.**
Cuyahoga App. No. 83114, 2004-Ohio-4489. This cause is pending before the court as a discretionary appeal and claimed appeal of right. It appears from the records of the court that the appellant has not filed a memorandum in support of jurisdiction, due March 18, 2005, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed sua sponte.

## MEDIATION REFERRALS

The following case has been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2005–0354. Bartlett v. Court of Common Pleas for Jefferson Cty., Ohio.**
Jefferson App. No. 04 JE 28, 2004-Ohio-7217.

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*March 23, 2005*

[Cite as *03/23/2005 Case Announcements,* 2005-Ohio-1186.]

## MERIT DECISIONS WITHOUT OPINIONS

**2004–0987. State ex rel. Tarr v. Court of Appeals, Sixth Appellate Dist.**
In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

**2004–1169. Jones v. Goodyear Tire & Rubber Co.**
Summit App. No. 21724, 2004-Ohio-2821. On appellees' motion for leave to dismiss claim with prejudice and motion for remand and appellant's request for attorney fees and costs.

IT IS ORDERED by the court that appellees' motion for leave to dismiss claim with prejudice and motion for remand be, and hereby are, granted and this cause is remanded to the trial court with instructions to allow the appellees to dismiss their claim for wrongful discharge in violation of public policy.

IT IS FURTHER ORDERED by the court that appellant's request for attorney fees and costs be, and hereby is, denied.

IT IS FURTHER ORDERED by the court, sua sponte, that the opinion of the court of appeals may not be cited as authority except by the parties inter se.

IT IS FURTHER ORDERED by the court, sua sponte, that this cause be, and hereby is, dismissed.

MOYER, C.J., RESNICK, PFEIFER, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

LUNDBERG STRATTON, J., dissents and would deny appellees' motion for leave to dismiss claim with prejudice and grant appellant's request for attorney fees and costs.

**2005–0269. State ex rel. Smith v. Pike.**
In Prohibition. On S.Ct.Prac.R. X(5) determination, cause dismissed.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.